PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Roger Ramone Wallace         Case Number: 3:05-00201

Name of Sentencing Judicial Officer: The Honorable Robert L. Echols, U.S. District Judge

Date of Original Sentence: May 15, 2006

Original Offense: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 60 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: September 16, 2010

Assistant U.S. Attorney: Lori Glenn         Defense Attorney: Justin Johnson

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 29 day of Oct, 2012,
and made a part of the records in the above case.

_____
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date
          October 17, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance:**

   On September 27, 2012, Mr. Wallace was given a random drug test that was positive for cocaine. He denied using any illegal substance. The testing lab confirmed the positive results. On October 4, 2012, another drug test was administered that was also positive for cocaine. Following the drug test, Mr. Wallace admitted to using cocaine on September 29, 2012, but denied more recent drug use. The lab did not confirm the positive results of the second test. On October 9, 2012, Mr. Wallace submitted a drug test that was positive for cocaine. He denied new use of cocaine since September 29, 2012. The lab confirmed the positive results of the third test.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Wallace began supervision on September 16, 2010, and is due to terminate supervision on September 15, 2013. He was employed from July 2010 until February 2011 at Precision Plumbing. He remained unemployed from February 2011 until April 2012, during which time he completed a welding training program. Since April 2012, he has been employed at Rescue Electric.

Mr. Wallace was sent for a substance abuse assessment in November 2010. Substance abuse treatment was not recommended at that time. Prior to September 27, 2012, Mr. Wallace had submitted five negative drug tests. As a result of the recent positive drug tests, his substance abuse testing has been increased to detect future drug use. He has been referred for substance abuse assessment and subsequent treatment. He has been informed that further noncompliance could result in sanctions by the Court.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Wallace be continued on supervised release with no further action at this time so that he may benefit from substance abuse treatment.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
            Britton Shelton
            Supervisory U.S. Probation Officer