UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA            )
                                    )
v.                                  )       NO. 3:05-00201
                                    )       JUDGE CAMPBELL
ROGER RAMONE WALLACE                )


ORDER


Pending before the Court is a Motion to Substitute Counsel (Docket No. 33). The Motion
is GRANTED.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE