UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:05-00201 |
| | ) | JUDGE CAMPBELL |
| ROGER RAMONE WALLACE | ) | |

## ORDER

Pending before the Court is an Agreed Motion to Continue Hearing (Docket No. 43). The Motion is GRANTED.

The hearing on the Petition (Docket No. 27) alleging violations of conditions of Supervised Release currently scheduled for July 25, 2013, is RESCHEDULED for August 26, 2013, at 3:30 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE