UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:05-00201 |
| | ) | JUDGE CAMPBELL |
| ROGER RAMONE WALLACE | ) | |

## JUDGMENT

On September 13, 2013, the Court held a hearing on the Petition (Docket No. 42) alleging violations of Conditions of Supervised Release. The Defendant admitted the three violations alleged in the Petition (but denied possession of a marijuana roach).

The Court, as sentence, extended the term of Supervised Release until December 31, 2013. Defendant remains subject to the previously imposed Conditions of Supervision.

Defendant was advised of his right to appeal.

IT IS SO ORDERED.

                                                      TODD J. CAMPBELL
                                                      UNITED STATES DISTRICT JUDGE